Shawn WATKINS *v.* STATE of Arkansas

CR 98-160                                      959 S.W.2d 404

Supreme Court of Arkansas
Opinion delivered March 5, 1998

■

*Andre K. Valley,* for appellant.

No response.

PER CURIAM. Shawn Watkins, by his attorney, has filed a motion for rule on the clerk.

His attorney, Andre K. Valley, admits in his motion that the record was tendered late due to a mistake on his part.

 We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.